# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALFRED P. CENTOFANTI, III,
Petitioner,
vs.
ELIZABETH A. BROWN, CLERK OF
COURT,
Respondent.

No. 82684

**FILED**

MAY 20 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBTITION*

This is an original pro se petition for a writ of mandamus and/or prohibition seeking an order directing the clerk of this court to file petitioner's motion to recall the remittitur issued in *Alfred P. Centofanti, III v. State of Nevada*, Docket No. 78193, on March 3, 2021, and motion for relief from judgment in that case.

We are not convinced that petitioner has met his burden to show that our extraordinary intervention is warranted. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (observing that "the issuance of a writ of mandamus or prohibition is purely discretionary with this court"). Accordingly, we

21-14585

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                    Stiglich

_____, J.          _____, J.
Silver                         Pickering

_____, J.
Herndon

cc:   Alfred P. Centofanti, III
      Attorney General/Carson City

---

[1]The Honorable Elissa Cadish, Justice, did not participate in the decision of this matter.

To the extent petitioner complains that Justice Cadish participated in Docket No. 78193, which involved an appeal of her decision as a district court judge, we note Justice Cadish did not participate in the resolution of the petition for review and issuance of the order denying petition for review with her signature was error. The clerk of this court shall file a corrected order in Docket No. 78193 that denies the petition for review and accurately reflects the justices who participated in the decision.